IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| JASON TODD PRICE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  CV 112-059 |
| | ) |
| DENNIS BROWN, Warden, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed (doc. no. 24). Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Defendants Nicholes and Georgia Department of Corrections are **DISMISSED** from this case. Additionally, as explained in detail in the Report and Recommendation (doc. no. 22, pp. 4, 8-9), Defendants Nathan Deal and the Department of Administrative Service Risk Management are **DISMISSED** from this case, as are Plaintiff's official capacity claims for monetary relief.

SO ORDERED this 14th day of September, 2012, at Augusta, Georgia.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA